IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                             3:00cr75/LAC
                                                3:07cv51/LAC/MD
ERIC LONDREY GRIFFIN
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 8, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 108) is summarily DISMISSED as untimely.

DONE AND ORDERED this 15th day of March, 2007.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**